UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO :

vs. : CA 06 153 C.A. No.

HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. :

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., and Dewalt Industrial Tool Co. respectfully represents as follows:

1. That Defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., and Dewalt Industrial Tool Co. are defendants in a civil action filed against it in the Kent County Superior Court, styled Robert Esposito vs. Home Depot U.S.A., Inc., Black & Decker, Inc., Dewalt Industrial Tool Co., and Xyz Corp., C.A. No. KC 06-238.
2. The aforesaid action was commenced with the filing of a Summons and Complaint (copy attached hereto). Defendant, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., was served with a copy of the Summons and Complaint on or about March 21, 2006. Certified copies of the entire State Court record will be filed pursuant to Local Rule 36 within 10 days hereof.
3. The defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., and Dewalt Industrial Tool Co. and the plaintiff are citizens of different states and there is complete diversity within the meaning of Title 28 U.S.C. §1332.
4. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.
5. Venue properly lies in the District of Rhode Island because the plaintiff has asserted that he was a resident of Rhode Island at the time of the alleged incident and the plaintiff commenced his initiating civil action in the State of Rhode Island.
6. The above described action, as stated in the plaintiff's Complaint is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. §§ 1441 (a) and (b).

BLACK & DECKER (U.S.) INC., mistakenly named BLACK & DECKER, INC., and DEWALT INDUSTRIAL TOOL CO.
By Their Attorneys
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile

Dated: April 3 2006

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Richard C. Tallo, Esq., P.O. Drawer 9007, Providence, RI 02940 on the 3rd day of April, 2006.