UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | 06 153 |
| vs. | : | C.A. No. |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE KENT COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, C. Russell Bengtson, attorney for the defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., and Dewalt Industrial Tool Co., herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Kent County Superior Court in accordance with the provisions of Title 28 U.S.C. § 1446 (e) by hand delivering copies of said Notice to the Clerk on April 3rd 2006.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to Richard C. Tallo, Esq., P.O. Drawer 9007, Providence, RI 02940 on April 3rd 2006.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 3rd day of April, 2006.

BLACK & DECKER (U.S.) INC., mistakenly
named BLACK & DECKER, INC., and DEWALT
INDUSTRIAL TOOL CO.
By Their Attorneys
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile

CERTIFICATION

I, C. RUSSELL BENGTSON, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE KENT COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to Richard C. Tallo, Esq., P.O. Drawer 9007, Providence, RI 02940 on this ____ day of April, 2006.

Dated this 3rd day of April, 2006.

____________________________

STATE OF RHODE ISLAND
KENT, SC

Personally appeared the above named C. RUSSELL BENGTSON, who made oath that the foregoing statements by him subscribed are true.

____________________________
Notary Public
My Commission Expires 6/28/08