UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO :

vs. : CA C.A. No. 06 153

HOME DEPOT U.S.A., INC., :
BLACK & DECKER, INC., DEWALT :
INDUSTRIAL TOOL CO., and XYZ CORP. :

NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Richard C. Tallo, Esq.
P.O. Drawer 9007
Providence, RI 02940

Please take notice that the defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker, Inc., and Dewalt Industrial Took Co. have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above entitled action from the Kent County Superior Court of the State of Rhode Island, to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 3rd day of April, 2006.

BLACK & DECKER (U.S.) INC., mistakenly named BLACK & DECKER, INC., and DEWALT INDUSTRIAL TOOL CO.
By Their Attorneys
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile