UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| vs. | : | C.A. No. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to LR Civ 81 (b), attached hereto is the certified copy of the entire state court record relative to the removed action known as Robert Esposito v. Home Depot U.S.A., Inc., Black & Decker, Inc., Dewalt Industrial Tool Co., and XYZ Corp., C.A. No. 06-238. The record is comprised of:

1. Civil Docket Sheet;
2. Civil Case Cover Sheet;
3. Complaint;
4. Summons to Home Depot U.S.A., Inc.;
5. Summons to Home Depot U.S.A., Inc.;
6. Summons to Dewalt Industrial Tool Co.;
7. Interrogatories Filed by Black & Decker (U.S.), Inc. directed to the Plaintiff;
8. Request for Production of Documents and Things Filed by Black & Decker (U.S.), Inc. directed to the Plaintiff;
9. Answer of Black & Decker (U.S.) Inc.;
10. Entry of Appearance by C. Russell Bengtson on behalf of Black & Decker (U.S.), Inc.;
11. Notice of Filing of Notice Of Removal.

BLACK & DECKER (U.S.) INC., mistakenly named BLACK & DECKER, INC., and DEWALT INDUSTRIAL TOOL CO.
By Their Attorneys
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile

# CERTIFICATION

I hereby certify that I mailed a true copy of the within to Richard C. Tallo, Esq., P.O. Drawer 9007, Providence, RI 02940 on the 5th day of April, 2006.

STATE RHODE ISLAND AND PROVIDENCE PLA ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-0238 ROBERT ESPOSITO V HOME DEPOT USA INC

Filing Date: 03-16-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 04-04-2006

Plaintiff: ROBERT ESPOSITO
ID: @10827611
Attorney: RICHARD TALLO

Defendant: HOME DEPOT USA INC
ID: @10827612

Defendant: BLACK & DECKER INC
ID: @10827613
Attorney: C BENGTSON

Defendant: DEWALT INDUSTRIAL TOOL CO
ID: @10827615
Attorney: C BENGTSON

Defendant: XYZ CORP.
ID: @10827616

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 03-16-2006 | COMPLAINT FILED | |
| 03-16-2006 | INITIAL FILING FEE | |
| 03-16-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK51979. |
| 03-22-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: HOME DEPOT USA INC |
| 03-29-2006 | SUMMONS,PROOF OF SERVICE FILED | 2 FILED<br>Affiliated: BLACK & DECKER INC |
| 04-03-2006 | INTEROGATORIES FILED | TO PLTF<br>Affiliated: BLACK & DECKER INC |
| 04-03-2006 | REQUEST FOR PRODUCTION FILED | TO PLTF<br>Affiliated: BLACK & DECKER INC |
| 04-03-2006 | ANSWER FILED | & DEWALT INDUSTRIAL TOOL CO.<br>Affiliated: BLACK & DECKER INC |
| 04-03-2006 | ENTRY OF APPEARANCE | Affiliated: BLACK & DECKER INC |
| 04-03-2006 | NOTICE OF REMOVAL | Affiliated: BLACK & DECKER INC |
| 04-04-2006 | CASE REMVD TO US DISTRICT CT | |
| 04-04-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Cou
County of Kent
Warwick, Rhode Island