UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

ENTRY OF APPEARANCE

I, C. Russell Bengtson, hereby enter my appearance on behalf of defendant, Hope Depot U.S.A., Inc.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Richard C. Tallo, Esquire, P.O. Drawer 9007, Providence, RI 02940 on the 13th day of April, 2006.