UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO :
:
VS. : C.A. NO. 06-153 S
:
HOME DEPOT U.S.A., INC., :
BLACK & DECKER, INC., DEWALT :
INDUSTRIAL TOOL CO., and XYZ CORP. :

ANSWER OF DEFENDANT, HOME DEPOT U.S.A., INC.

FIRST DEFENSE

AS TO PARTIES AND JURISDICTION

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2 and 4 and leaves the plaintiff to his proof.

2. This defendant admits the allegations contained in paragraph 3.

3. This defendant denies the allegations contained in paragraph 5.

AS TO FACTUAL ALLEGATIONS

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and leaves the plaintiff to his proof.

2. This defendant denies the allegations contained in paragraphs 7, 8 and 9.

AS TO COUNT I

This defendant makes no answer to Count I the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO COUNT II

This defendant makes no answer to Count II the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO COUNT III

This defendant makes no answer to Count III the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO COUNT IV

This defendant makes no answer to Count IV the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO COUNT V

1. This defendant incorporates by reference its answers to paragraphs 1 through 38 as its answers to paragraph 39.

2. This defendant denies the allegations contained in paragraphs 40, 41, 42, 43, 44 and 45.

AS TO COUNT VI

1. This defendant incorporates by reference its answers to paragraphs 1 through 45 as it answers to paragraph 46.

2. This defendant denies the allegations contained in paragraphs 47, 48, 49, 50, 51 and 52.

AS TO COUNT VII

1. This defendant incorporates by reference its answers to paragraphs 1 through 52 as its answers to paragraph 53.

2. This defendant denies the allegations contained in paragraphs 54, 55, 56, 57 and 58.

AS TO COUNT VIII

This defendant makes no answer to Count VIII the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO C OUNT IX

This defendant makes no answer to Count IX the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

AS TO COUNT X

This defendant makes no answer to Count X the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

SECOND DEFENSE

The plaintiff was guilty of conduct which caused or contributed to the injuries and/or damages complained of.

THIRD DEFENSE

This defendant affirmatively pleads assumption of the risk as a bar to the within action.

FOURTH DEFENSE

The plaintiff failed to notify this defendant of any breach of warranty or of any wrongful act, within a reasonable time, and therefore this action is barred.

FIFTH DEFENSE

The plaintiff's injuries and/or damages, if any at all, were caused by other persons, firms or corporations for whose conduct this defendant is not responsible.

SIXTH DEFENSE

This defendant affirmatively pleads misuse and/or abuse of the product as a bar to the within action.

SEVENTH DEFENSE

This defendant affirmatively states that any product supplied by it, if supplied at all, was reasonably fit for use at the time it left this defendant's hands and the injuries incurred by the plaintiff could not have been proximately caused by the product manufactured or sold or supplied by this defendant.

EIGHTH DEFENSE

The product in question was used in a manner which was unforeseen and in a manner which was not intended and therefore this action is barred.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401 331-4404 Facsimile

Home Depot U.S.A., Inc. hereby claims trial by jury.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Richard C. Tallo, Esquire, P.O. Drawer 9007, Providence, RI 02940 on the 13th day of March, 2006.