# State of Rhode Island and Providence Plantations

Kent ......................., SC

## PROOF OF SERVICE

I hereby certify that on the 17th day of March, 2006 I served a copy of this summons and a copy of the complaint received therewith upon Home Depot U.S.A., Inc
in the following manner:

~~By delivering a copy of the summons and complaint to him/her personally.~~

~~By leaving a copy of the summons and complaint at his/her dwelling house, ............................, with a person of suitable age and discretion then residing therein.~~ (Address)

~~By leaving a copy of the summons and complaint at his/her usual place of abode, ............................, with a person of suitable age and discretion then residing therein.~~

✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely C.T. Corp

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows: Joanne Casale

Sheriff's Fees
Travel $ —
Service $ 45.00
$ 45.00

Frank J. [signature] Deputy Sheriff # 6078

## CIVIL ACTION

FILE NO. KC 06-238

## SUMMONS

## SUPERIOR COURT

ROBERT ESPOSITO

VS

HOME DEPOT U.S.A., INC, BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP.
Please serve Home Depot U.S.A. Inc through its Agent for Service: CT Corporation System, 10 Weybosse Street, Providence, RI

~~ATTORNEY FOR PLAINTIFF~~

[signature]

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, RI 02940
Tel: 726-1010 ext. 103

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [x] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. KC 06-238

ROBERT ESPOSITO
**Plaintiff**

HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP.
**Defendant**

***Summons***

*To the above-named Defendant:* HOME DEPOT U.S.A., INC.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon RICHARD C. TALLO, ESQUIRE Plaintiff's attorney, whose address is P.O. Drawer 9007 Providence, RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: March 16, 2006

(Seal of the Superior Court)

True Copy Attest

...ce of Clerk of Superior Cou
County of Kent
...wick, Rhode Island