# State of Rhode Island and Providence Plantations

.............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................... day of ....................................................... I served a copy of this summons and a copy of the complaint received therewith upon ......................................................................................................

.......................................................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,.........................................................

..................................................................................................., with a person of suitable age and discretion then residing therein. (Address)

By leavin ...... residing therein.

By deli receive service o

such agent being as follows:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Black & Decker U.S. Inc.
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
MAR 2 1 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 3150 0000 4105 3906

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

Sheriff's Fees
Travel
Service

Sheriff

CIVIL ACTION

FILE NO. ..... KC 06-238 .....

SUMMONS

SUPERIOR COURT

ROBERT ESPOSITO

vs

HOME DEPOT U.S.A., INC., et al

Richard C. Tallo (0504)
ATTORNEY FOR PLAINTIFF
P.O. Drawer 9007
Providence, RI 02940
Tel: 726-1010 ext. 103

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [x] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. KC 06-238

ROBERT ESPOSITO
**Plaintiff**

HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP.
**Defendant**

***Summons***

*To the above-named Defendant:* HOME DEPOT U.S.A., INC.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon RICHARD C. TALLO, ESQUIRE Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence, RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: March 16, 2006

**(Seal of the Superior Court)**

True Copy Attest

Clerk of Superior Court