CARROLL, KELLY & MURPHY
COUNSELLORS AT LAW
ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903

JOSEPH A. KELLY
C. RUSSELL BENGTSON
RUTH DIMEGLIO
WILLIAM H. JESTINGS
JOHN P. MCCOY
PATRICIA A. BUCKLEY

PAULA A. KELLY
SHANNON GILHEENEY
MAUREEN LEWIS MALLON
SCOTT D. LEVESQUE
TODD J. ROMANO

TELEPHONE
(401) 331-7272
FACSIMILE
(401) 331-4404

April 13, 2006

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, RI 02940

Re: Robert Esposito
Vs: Black & Decker (U.S.), Inc.
Our File 06090

Dear Richard:

Pursuant to our recent telephone conference enclosed please find a late entry stipulation with the Superior Court caption. Please execute and return it to me in the enclosed self-addressed, stamped envelope.

Very truly yours,

C. RUSSELL BENGTSON

CRB:map
enclosure

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

ROBERT ESPOSITO :
:
VS. : C.A. NO. KC06-238
:
HOME DEPOT U.S.A., INC., :
BLACK & DECKER, INC., DEWALT :
INDUSTRIAL TOOL CO., and XYZ CORP. :

## LATE ENTRY STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

The defendant, Home Depot U.S.A., Inc., shall have up to and including May 12, 2006 in which to file its answer and/or responsive pleading with the same force and effect as if timely filed.

ROBERT ESPOSITO

______________________________

RICHARD C. TALLO #0504
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010 Telephone
(401) 726-3406 Facsimile

HOME DEPOT U.S.A., INC.

______________________________

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

## CERTIFICATION

I hereby certify that a true copy of the within was mailed to Richard C. Tallo, Esquire, P.O. Drawer 9007, Providence, RI 02940 on the __________ day of ______________, 2006.

______________________________