RECEIVED
JUL 14 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO

VS. C.A. NO.: 06-153S

HOME DEPOT U.S.A., INC., et al.

**STIPULATION**

I, Richard C. Tallo, Esquire, hereby withdraw my appearance on behalf of the Plaintiff, Robert Esposito.

RICHARD C. TALLO (0504)
P.O. Drawer 9007
Providence, RI 02940
Tel: 726-1010 ext. 103
Fax: 726-3406

**CERTIFICATION**

I hereby certify that I have this 12th day of July 2006 mailed a true copy of the within Stipulation to C. Russell Bengtson, Esquire, Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 09203, Richard I. Abrams, Esquire, Abrams & Verri, 999 Chalkstone Avenue, Providence, RI 02908 and Paul S. Cantor, Esquire, 321 South Main Street, Providence, RI 02093.