UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

NOTICE TO TAKE DEPOSITION

DEPONENT: Robert Esposito
DATE: Monday, October 30, 2006
TIME: 2:00 p.m.

Please take notice that pursuant to R.C.P. 30, the defendants, Home Depot U.S.A., Inc. and Black & Decker (U.S.), Inc., in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on September 12, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903.

/s/ C. Russell Bengtson