UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., | : | |
| BLACK & DECKER, INC., DEWALT | : | |
| INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes the defendant, Black & Decker (U.S.), Inc., and moves that the plaintiff, Robert Esposito, pursuant to Rule 37(a)(2) be compelled to file answers to interrogatories heretofore propounded on March 31, 2006, a copy of which is attached hereto and made a part hereof. A twenty (20) day Order is requested.

This Motion is such that a Memorandum of Law is not required pursuant to Local Rule 12(a)(1)

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATE OF ATTORNEY

I, C. Russell Bengtson, counsel for defendant, certify that I made a good faith effort by conferring or attempting to confer with counsel for plaintiff to resolve the pending discovery issue raised by this motion to compel answers to interrogatories.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233

CERTIFICATION

I hereby certify that on October 3, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903.

/s/ C. Russell Bengtson