UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now comes the defendant, Black & Decker (U.S.), Inc., and moves that the plaintiff, Robert Esposito, pursuant to Rule 37(a)(2) be compelled to produce for inspection and copying those documents listed on the request for production dated March 31, 2006, a copy of which is attached hereto and made a part hereof. A twenty (20) day Order is requested.

This Motion is such that a Memorandum of Law is not required pursuant to Local Rule 12(a)(1)

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATE OF ATTORNEY

I, C. Russell Bengtson, counsel for defendant, certify that I made a good faith effort by conferring or attempting to confer with counsel for plaintiff to resolve the pending discovery issue raised by this motion to compel production of documents.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233

CERTIFICATION

I hereby certify that on October 3, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903.

/s/ C. Russell Bengtson