UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes the defendant, Black & Decker (U.S.), Inc., and moves that the plaintiff, Robert Esposito, pursuant to Rule 37(a)(2) be compelled to file answers to interrogatories heretofore propounded on March 31, 2006, a copy of which is attached hereto and made a part hereof. A twenty (20) day Order is requested.

This Motion is such that a Memorandum of Law is not required pursuant to Local Rule 12(a)(1)

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 10/23/06

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATE OF ATTORNEY

I, C. Russell Bengtson, counsel for defendant, certify that I made a good faith effort by conferring or attempting to confer with counsel for plaintiff to resolve the pending discovery issue raised by this motion to compel answers to interrogatories.

Granted. No objection filed
David L Martin
USMJ
10-26-06

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233