UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., | : | |
| BLACK & DECKER, INC., DEWALT | : | |
| INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

AMENDED NOTICE TO TAKE DEPOSITION

DEPONENT: Robert Esposito
DATE: Thursday November 30, 2006
TIME: 2:00 p.m.

Please take notice that pursuant to R.C.P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination and by videotape, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

The plaintiff is requested to bring with him the saw and piece of wood he was working on at the time of the incident.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on November 14, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903, Patricia M. Aloisio, Stenographer, 20 Pine Top Road, Barrington, RI 02806 and William White, Videographer, 115 Phenix Avenue, Cranston, RI 02920.

/s/ C. Russell Bengtson