UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

AMENDED NOTICE TO TAKE DEPOSITION

DEPONENT: Robert Esposito
DATE: Wednesday, January 17, 2007
TIME: 2:00 p.m.

Please take notice that pursuant to R.C.P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination and by videotape, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated before a Notary Public commissioned in the State of Rhode Island.

The first portion of the deposition will take place at the plaintiff's home and be videotaped. The plaintiff is requested to have available the saw and piece of wood he was working on at the time of the incident.

Thereafter the second portion of the deposition will take place at Carroll, Kelly & Murphy, One Turks Head Place, Suite 400. This portion of the deposition will not be videotaped.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on December 15, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903, Patricia M. Aloisio, Stenographer, 20 Pine Top Road, Barrington, RI 02806 and William White, Videographer, 115 Phenix Avenue, Cranston, RI 02920.

/s/ C. Russell Bengtson