UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

MOTION TO EXTEND PRE-TRIAL DATES

Now comes the defendant, Black & Decker (U.S.), Inc., and moves that the fact discovery closure date be extended to March 31, 2007; that the expert discovery disclosure dates be extended to April 21, 2007 and May 14, 2007 respectively; that dispositive motions be filed on or before June 16, 2007; and that pre-trial memoranda be filed within thirty (30) days after the close of discovery on June 16, 2007.

The motion is being filed because the plaintiff's deposition has not as yet been taken. It is currently scheduled for January 17, 2007. Furthermore, defendant has not as yet been able to inspect the saw.

The plaintiff assents to this motion.

Assented to:

//s/ Paul S. Cantor
Paul S. Cantor

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on January 16, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com will receive notice through the ECF system and that a true copy of the within document was mailed to Paul S. Cantor, Esq., 321 South Main Street, Suite 302, Providence, RI 02903.

/s/ C. Russell Bengtson