UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

The defendants, Black & Decker, Inc. and Dewalt Industrial Tool, Co., shall have up to and including March 9, 2007 to respond to the plaintiff's interrogatories.

ROBERT ESPOSITO

Paul S Cantor

PAUL S. CANTOR #3177
321 South Main Street, Suite 302
Providence, RI 02903
Providence, RI 02903
(401) 351-8200 Telephone
(401) 351-9032 Facsimile

BLACK & DECER, INC.
DEWALT INDUSTRIAL TOOL CO.

C. Russell Bengtson

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on February 27 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson