UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-153 S |
| HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | : | |

## MOTION TO EXTEND PRETRIAL DATES

Now comes the Plaintiff, Robert Esposito, and moves that present pre-trial dates be extended 60 days respectively, so that the new dates will be as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Closure : | May 31, 2007 |
| 2. | Expert Discovery Disclosure : | June 21, 2007 and<br>July 14, 2007 |
| 3. | Dispositive Motions: | August 16, 2007 |
| 4. | Pre-Trial Memoranda be filed within<br>30 days of close of discovery: | August 16, 2007 |

This motion is being filed because the first available date for the parties to jointly inspect the subject saw is April 20, 2007, which date has been agreed upon, and because a critical deposition of the Defendant, scheduled within the original discovery closure date, but set for April 10, 2007 had to be rescheduled for April 27, 2007 by agreement of the parties. Experts for both side cannot complete their work until the conclusion of this outstanding fact discovery.

Wherefore, Plaintiff requests that the pre-trial dates be extended as requested.

Plaintiff
By his Attorney,

/s/ Paul S. Cantor

Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

## CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 13, 2007.

/s/ Paul S. Cantor