UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-153 S |
| HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | : | |

**AMENDED**
**NOTICE TO TAKE RULE 30(b)(6)DEPOSITION**

To: C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

LaPlante & Simoneau
218 Mount Vernon Blvd.
Pawtucket, RI 02861

Please take notice that pursuant to the Superior Court Rules of Civil Procedure 30(b)(6), the Plaintiff, Robert Esposito, will take the deposition of the Person with the Most Knowledge relating to any and all complaints, lawsuits and/or claims submitted to Defendant, Black & Decker, Inc. relating to the DW708 saw or to makes and models of saw similar to the DW708, before a notary public, or before another person authorized to administer oaths, on **Friday, April 27, 2007 at 11:00 a.m.** at the Law Office of Paul S. Cantor, 321 South Main Street, Suite 302, Providence, Rhode Island.

You are invited to cross-examine.

Plaintiff,
By his Attorney,

/s/ Paul S. Cantor
Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

**CERTIFICATION**

I hereby certify that on the 13th day of April, 2007, a true and accurate copy of the within was mailed, electronically and regular mail, to the above-listed attorney and court reporter.

/s/ Paul S. Cantor