UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

DEFENDANTS' EXPERT DISCLOSURE

Now come the defendants, Black & Decker (U.S.), Inc. and Home Depot U.S.A., Inc., pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the court Order of April 16, 2007 and file the following designation of expert witnesses the defendants may call to testify at the time of trial:

1. Stephen L. Vick
   Senior Safety Assurance Manager
   Black & Decker (U.S.), Inc.
   701 East Joppa Road
   Towson, Maryland 21286

2. Michael L. Gilliland, P.E.
   Engineering Systems, Inc.
   923A East Terra lane
   O'Fallon, Missouri 63366

A copy of the report of Mr. Vick setting forth his opinions, his statement of qualifications, photographs and testimony log are collectively attached as Exhibit A. Mr. Vick will further testify as to the history of the DW708 saw, its purpose, capabilities, intended and actual use, design, testing, safety review process, market success and experience.

A copy of the report of Mr. Gililland setting forth his opinions, his statement of qualifications and testimony log are hereunto annexed as Exhibit B.

This original disclosure is being filed with the Clerk, United States District Court without the enclosures.

BLACK & DECKER (U.S.), INC. and
HOME DEPOT U.S.A, INC.
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on July 13, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system. Richard I. Abrams, Esq. will not receive the attachments and Paul S. Cantor, Esq. will receive the attachments by mail.

/s/ C. Russell Bengtson