UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | : | C.A. No. 06-153 S |

**MOTION TO EXTEND PRETRIAL AND TRIAL DATES**

Now comes the Plaintiff, Robert Esposito, and moves that present pre-trial and trial dates be extended 90 days respectively, so that the new dates will be as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Closure : | August 31, 2007 |
| 2. | Expert Discovery Disclosure : | September 21, 2007 and October 14, 2007 |
| 3. | Dispositive Motions: | November 16, 2007 |
| 4. | Pre-Trial Memoranda be filed within 30 days of close of discovery: | November 16, 2007 |
| 5. | Empanelment: | On or after December 1, 2007. |

As grounds for this motion, Plaintiff states that despite the efforts of the parties significant discovery remains incomplete, and recent materials produced in discovery have not yet been fully evaluated by Plaintiff's expert. Accordingly, an extension of the present dates is required. More specifically, Plaintiff states as follows:

1. This is a product liability case involving serious injury arising from use of a mitre saw. On or about December 21, 2006 Plaintiff served interrogatories upon Defendant seeking discoverable information, including, information regarding other claims of injury from the subject model saw.

2. On or about March 8, 2007 Defendant provided answers to interrogatories and objected to Plaintiff's interrogatories concerning information regarding similar claims. In an effort to expedite discovery in this area, Plaintiff scheduled the Rule 30 (b) (6) deposition of the person most knowledgeable relating to other similar claims, and that deposition was conducted on April 27, 2007 (deposition of Steven L. Vick).

3. Following the Vick deposition, on May 3, 2007 Plaintiff propounded a second set of interrogatories upon Defendant seeking specific information regarding related claims, and also propounded a document request to Defendant seeking documents regarding related claims and other pertinent documents.

4. Defendant responded to the May 3, 2007 discovery requests on July 9, 2007. Defendant produced voluminous materials which require the review of Plaintiff's expert and which have been forwarded to him but have not yet been fully reviewed.

5. In addition, Defendant's July 9, 2007 responses identified eight claimants with similar claims, but refused to identify six of the claimant's addresses or legal representatives, and other pertinent information, although that information was requested. In addition, Plaintiff takes the position that Defendant refused to produce other pertinent information (such as documents relating to communications with the U.S. Consumer Product Safety Commission with regard to the subject saw or successor saw), although asked to produce same. Accordingly, Plaintiff is

preparing motions to compel further answers to interrogatories and a further document response which motions will be filed no later than August 6, 2007.

For the foregoing reasons, Plaintiff suggests that discovery has not been completed, that Plaintiff's expert has not yet been able to fully prepare his opinions in this matter, despite efforts towards same, and that an extension of litigation dates as reflected above will permit complete discovery and resolution of this matter on the merits.

Wherefore, Plaintiff requests that the pre-trial and trial dates be extended as requested.

Plaintiff
By his Attorney,

/s/ Paul S. Cantor

Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams

Richard Abrams (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908
401-351-5700
401-351-3493

## CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2007.

/s/ Paul S. Cantor