# EXHIBIT "A"

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

ROBERT ESPOSITO

VS.

C.A. No. KC06-238

HOME DEPOT U.S.A., INC.,
BLACK & DECKER, INC., DEWALT
INDUSTRIAL TOOL CO., and XYZ
CORP.

PLAINTIFF'S ANSWERS TO INTERROGATORIES OF DEFENDANT BLACK & DECKER

1. Identify yourself as defined above, and identify any person who assisted in, or who was consulted concerning, the preparation of your response.

Answer 1. **Robert Esposito**
**home address: 66 Stillwater Road, Smithfield, RI 02917**
**dob: 7-20-31**
**I am retired.**
**My daughter, Karen Esposito, assisted in answering these questions.**

2. Describe in complete detail each defect in the design, manufacture, or materials of the Product or any of its component parts, that you contend caused or contributed to the Incident or your damages, including without limitation in your description, the exact electrical, mechanical or chemical natures of the defect; the parts or components defective; and the hazard or risk created by each such defect and identify any document concerning, involving or in any way related to your response.

Answer 2. **The blade guard did not return to the proper position for safety as I lifted the saw arm. I am having the saw examined by an expert and I will supplement this answer as appropriate.**

3. If you contend that the Product was defective, describe in complete detail each alternative design or modification that you contend was possible to reduce or eliminate the hazard, including without limitation in your description, whether or not each design or modification is commercially available; the identity of any product using the commercially available alternative design; and identify any document concerning, involving or in any way

EXHIBIT
A
ALL-STATE LEGAL®

related to your response.

Answer 3. **I do not know whether it was a design flaw, production flaw or some other factor that prevented the blade guard from moving into the proper position for safety. The blade guard did not act as advertising, product information and common sense said that it should. I am having the saw examined by an expert and I will supplement this answer as appropriate.**

4. Describe in complete detail any warranty or other contractual provision you contend was breached by this defendant, including without limitation in your description, whether you contend the warranty was express or implied and identify any documents concerning, involving or in any way related to your response.

Answer 4. **Page 8 of the instruction manual provided with the product states, "The blade guard on your saw has been designed to automatically raise when the arm is brought down and to lower over the blade when the arm is raised." The blade guard did not act as promised in the manual in that it did not lower over the blade when the saw arm was raised.**

5. Describe in complete detail any warning or instruction you contend this defendant provided improperly or failed to provide in connection with the Product, including without limitation in your description, the manner in which you contend any warning or instruction provided by this defendant was improper, the content of any warning or instruction you contend was proper or required, the manner in which you contend that warning or instruction should have been provided, whether any commercially available alternative product uses the warning or instruction you contend was proper or required, the identity of any commercially available alternative product that uses the warning or instruction you contend was proper or required, and identify any documents concerning, involving or in any way related to your response.

Answer 5. **The warning referred to above was improper because the guard DID NOT lower over the blade when I raised the arm. I suppose it should have said "MAY lower over the blade when the arm is raised." My attorneys are researching the other matters inquired of and will supplement this answer as appropriate.**

6. Describe in complete detail any act of omission or commission by which you contend this defendant was negligent and which you contend caused or contributed to the Incident, including without limitation in your response, the date, time and place of each act of omission or commission and identify any documents concerning, involving or in any way related to your response.

Answer 6. **I do not yet know what acts of the Defendant caused the blade guard to function improperly.**

7. Identify each person whom you expect to call as an expert witness at any hearing or trial in this matter, and describe in complete detail the subject ~~matter on~~ which the expert is expected to testify, the substance of the findings and opinions to which the expert is expected to testify, the grounds for each opinion, and the substance of any written report prepared by any such expert.

**Answer 7. My attorneys have not yet determined which, if any, expert witness will be called to testify. This answer will be supplemented at a later date when such decisions are made.**

8. If you contend that any statute; code; regulation; or industry, trade or voluntary standard applied to the design, testing, creation, manufacture, assembly, sale, distribution, packaging, use, instruction for the use of, or warnings concerning the use of, the Product or any component parts (including without limitation any packaging, manual or other documents accompanying the Product at the time of sale), describe such contention in complete detail, including without limitation in your description, the identity of the statute; code; regulation; or industry, trade or voluntary standard that you contend applies, each instance in which you contend the Product fails to comply, each section of the statute, code, regulation or industry, trade or voluntary standard with which you contend the Product fails to comply, each change to the Product that you contend is required so that the Product would comply with any such statute; code; regulation; or industry, trade or voluntary standard and identify any documents concerning, involving or in any way related to your response.

**Answer 8. I do not yet know. My attorneys are researching these issues and I will supplement this answer as appropriate.**

9. Describe in complete detail any testing, analysis, or other inspection of the Product undertaken by you, or anyone on your behalf, and indicate whether and in what way the Product was disassembled or altered in any way during such testing, analysis, or other inspection.

**Answer 9. None as of this date.**

10. Describe in complete detail any testing, analysis, or other inspection undertaken by you, or anyone on your behalf, of any product that you contend is the same or a similar model as the Product, or any other product or exemplar (whether or not designed, tested, created, manufactured, assembled, sold or distributed by this defendant) that you contend is relevant to any of the issues in this case and identify any documents concerning, involving or in any way related to your response.

**Answer 10. None as of this date.**

11. Identify any person who was a witness to or has knowledge of the facts, circumstances and events surrounding the Incident or that caused or resulted in your claim against this defendant or any damages sought by you, or who otherwise has knowledge relevant

to the issues in this case and identify any documents concerning, involving or in any way related to your response.

**Answer 11. My granddaughter, Lilia Esposito. drove me to the hospital after I was injured. My daughters, Susan Esposito and Karen Esposito as well as my granddaughter, Lilia Esposito, have knowledge of the impact this injury has had on my life. In addition, my daughters were the ones who purchased the saw in question as a birthday gift for me.**

12. Identify any person known to you or to your attorney who arrived at the scene of the Incident within 48 hours of the happening of the Incident.

**Answer 12. My daughters, Susan Esposito and Karen Esposito and my granddaughter, Lilia Esposito.**

13. Identify every person with whom you spoke within 3 hours after the Incident and provide the details of the information conveyed by you during any such conversation.

**Answer 13. I spoke with my granddaughter, Lilia Esposito; my daughters, Karen Esposito and Susan Esposito; and the hospital personnel about my injury.**

14. Describe in complete detail all losses, expenses or damages you seek to recover from this defendant, including without limitation in your description, the full itemized amount of all money damages you seek; the manner in which that amount was calculated; and the amount, date and type of personal injury, property loss, additional living expenses, lost wages, loss of earning capacity, or other expense or damage you claim.

| | | |
|---|---|---|
| **Answer 14.** | **Kent County Memorial Hospital** | **$11,760.80** |
| | **Vaughn Gooding, M.D.** | **$ 5,244.00** |
| | **Jean Pillot, M.D.** | **$28,133.00** |

15. If you claim to be entitled to lost income due to the alleged Incident, please state the place or places from which you lost income; each employer's name and address for the past five years; the type and nature of each such employment; your rate of pay for the thirty day period before the Incident; your rate of pay now; your yearly reported income for the three year period before the Incident and each year since the Incident; and the total amount of income you claim was lost as a result of the Incident.

**Answer 15. I am not claiming lost income.**

16. Identify each known written, signed, or recorded statement or report concerning any facts relating to the alleged Incident, including the identity of the person who gave the statement or report, the date of each statement or report, and the present custodian of each statement or report.

**Answer 21. I have not.**

22. Describe in complete detail the manner in which you contend the Incident occurred, and provide a detailed chronology of every movement and event that occurred during the 15 seconds prior to and leading up to your injury, including without limitation in your description, the position of your hands, feet, and body in relation to the Product and work piece; the manner in which your hand contacted the blade, including the approximate angle of approach to the blade and the area or portion of the blade contacted; the type of clothing you were wearing, including a description of the shoes and any gloves you were wearing; the nature of any protective gear or devices you were wearing or using at the time of the Incident; the type and dimension. of any work piece you were cutting at the time of the Incident; whether and in what manner the Product was mounted to anything; whether and in what manner the work piece was secured or supported at the time of the Incident; the type of cut, including the depth and/or angle of cut you were making at the time of the Incident; a description, by dimension or otherwise, of any cut you had made immediately prior to the Incident; the position of the Product at the time of the Incident; whether the Product was under power at the time you contacted the blade; if the Product was not under power at the time you contact the blade, a description of how much time had elapsed between when the Product was last under power and the time you contacted the blade; the purpose for which you were making the cut or the intended use of the work piece; and a description of the blade on the Product at the time of the Incident.

**Answer 22. I was in the basement office of my interior design business at 4237 Post Road, East Greenwich. I was wearing a jersey shirt, pants and lace-up shoes. I was also wearing my glasses. I was not wearing gloves. The saw was on a table close to, but not against, a wall. A fluorescent light was overhead and there was natural light from a nearby window. The saw blade was the one that had come with the saw. I had not changed the blade. I had intended to install corner molding in the basement office. I was facing the saw so that I could operate the saw with my right hand and hold the wood with my left hand. I placed a piece of corner molding onto the saw and lowered the saw blade. After I had made a cut of approximately 12 inches, I raised the saw blade with my right hand. My left hand was still holding the wood. The saw blade lifted the wood with it as it rose. As I was holding the wood with my left hand, my left hand rose with the wood. The guard had not descended over the blade. The blade was still spinning and pulling the wood in. My left hand, which was holding the wood, came in contact with the unguarded, spinning blade.**

23. Identify every person or entity, including without limitation any Governmental Agency, who conducted an investigation of the Incident, including without limitation in your description, the identity of each person contacted or interviewed in connection with the investigation; the date of each contact or interview; the identity of each person from whom statements in any form were taken; the date of each such statement; the identity of any person taking each statement; and identify any documents concerning, involving or in any way related

to your response.

**Answer 23. None at this time.**

24. If you are claiming personal injury arising from the Incident, describe in complete detail the nature and extent of the injury and any treatment you received therefore, including without limitation in your description, the present status of the injury; whether and to what extent you claim any injury is permanent; whether you contend you will be required to undergo future medical treatment and the nature or cost of any such future medical treatment; the identity of any health care provider from which you sought treatment; the date and nature of the treatment provided by each; and the name, location, duration and date of each admission or out-patient visit to a hospital or other health care provider and identify any documents concerning, involving or in any way related to your response.

**Answer 24. The first, second and fourth fingers of my left had were severed and were not able to be re-attached.**

25. If you are claiming personal injury arising from the Incident, describe in complete detail any other demand, claim or lawsuit (including without limitation any claim for workers' compensation or Social Security benefits or a claim against any life, health, homeowners, accident or disability insurance policy) asserted, made or pursued by you for personal injury relating to this or any other incident, including without limitation in your description, the nature of the injury claimed, the identity of the person against whom each claim was made I the date of each claim, the amount of each claim, and the disposition and result of each claim and identify any documents concerning, involving or in any way related to your response.

**Answer 25. No other claims have been made.**

26. If you are claiming personal injury arising from the Incident, describe in complete detail your medical history prior to, and subsequent to, the date of the Incident, including without limitation, a description of each physical or mental illness, injury or condition which required examination or treatment by a health care provider; the date and duration of each illness; the identity of each health care provider and the date and nature of treatment provided by each; whether the illness, injury, or condition persisted with symptoms or disability at the date of the Incident; and the name, location, duration " and date of each admission or outpatient visit to a hospital or other health care provider for any illness, injury or condition; and identify any documents concerning, involving or in any way related to your response.

**Answer 26. I suffer from angina and am under the care of a cardiologist, Patrick Brannon, M.D., 725 Reservoir Avenue, Cranston, RI 02920.**

27. Describe in complete detail how you purchased or otherwise came into possession of the Product, including without limitation, the identity of the person from whom you purchased or obtained the Product; the identity of the owner of the Product if it is not you; the

consideration or purchase price you paid for the Product; when you purchased or first obtained the Product; a description of any accessories, parts, manuals, instructions, worksheets, warranties, warnings, or other materials or documents that accompanied the Product when you obtained it or that relate to the Product and otherwise came into your possession; any representations you contend were made by this defendant that you relied upon in purchasing or otherwise obtaining the Product; and identify any documents concerning, involving or in any way related to your response.

**Answer 27. The saw was given to me as a gift by my family. Along with the saw came an instruction manual and a bracket, which when screwed onto the saw provides stabilization.**

28. Describe in complete detail your use of the Product prior and subsequent to the Incident, including without limitation in your description, your use of the Product on the day of the occurrence, including the number of cuts you made with the Product on the day of the Incident; the frequency of use prior to the Incident; the method of use; the frequency and method of cleaning; any alteration, adjustment, modification, maintenance or repair of the Product before or after the Incident; the identity of any person who performed or participated in any alteration, modification, maintenance or repair; and identify any documents concerning, involving or in any way related to your response.

**Answer 28. I had used the saw only once or twice very briefly prior to March, 2003. The first time I used the saw was only to try it out shortly after I received it. I have not used the saw since the Incident. This Incident happened during the first cut I made that day. I did not make any alterations, adjustments, modifications or repairs to the saw before or after the Incident.**

29. Describe in complete detail the use of the Product by anyone other than yourself both prior to and after the Incident and indicate each person who has knowledge or claims to have knowledge concerning the condition of the Product or its parts, pieces, or remnants at any time before, after, or during the alleged Incident.

**Answer 29. I believe Richard DiBenedetto, a carpenter hired by my partner, Teresa Coletta, to repair the stairs in our Post Road building, may have used the saw briefly to cut a piece of wood while working.**

30. Describe in complete detail any damage to; malfunction of; or problem with the Product, including any problems with the switch or any guarding mechanism, prior to or during the Incident, including without limitation in your description, the nature and manifestation of each damage, malfunction or problem; the date each damage, malfunction or problem occurred; the circumstances in which each damage, malfunction or problem occurred; any action you took to repair or rectify the damage, malfunction or problem; and identify any documents concerning, involving or in any way related to your response.