# EXHIBIT "B"

Q Do you have a bathroom down there?
A Yes.
Q Did you do the plumbing for the bathroom?
A No, I had a plumber do that.
Q But you can do the electrical and the carpentry work?
A And I did the tile.
Q Okay. If I've already asked you this, I apologize: Did you make the cabinets or did you just instal the cabinets?
A Made them.
Q So you made them yourself?
A Yeah.
Q Out of what material?
A Birch.
Q Do you have photographs of your basement?
A No, but I could get them.
Q Before we leave do you have a problem with me looking at your handywork in the basement?
A Fine.
Q What power tools did you have to do your basement work?
A I had a radial arm saw.
Q Do you still have it?
A Yup.
Q Who manufactured it?





A I think it was Dewalt.
Q When was that purchased?
A 1971.
Q What other power tools did you have?
A Let's see, I've got two drill presses. I've got drills, skill saws.
Q Are you talking about a hand powered skill saw?
A Yeah.
Q Who made that or who makes that?
A I think I got a Ryobi and I got a Skill -- no, I got a Dewalt.
Q A Dewalt and what?
A A Dewalt battery operated one, Dewalt drill, a Dewalt Sawzall, a Black and Decker Sawzall.
Q Do you have a table saw?
A No, that's the one thing I don't have.
Q And you said that you had a regular miter saw before this?
A Well, the radial arm saw?
Q Okay.
A That does mitering.
Q Okay. You can change the bevel and change the angle of the blade?
A I can change the angle, can turn it, the long angles, tip





it. You can do almost everything you can do with the--
Q The compound miter saw?
A The compound miter saw, yeah.
Q What was the purpose of obtaining the compound miter saw?
A Well, one day we were in Home Depot, I was in there with my parter getting something, and I happen to say, I says, boy, that's a nice saw, maybe some day I'll buy one. And because everybody doesn't know what to buy me, one day they bought it for my birthday, that's how it happened to be. I didn't go out and buy it. They gave it to me as a birthday present.
Q Now who gave it to you?
A My daughters and my partner.
Q And when was that given to you?
A The September before, 2002.
Q In pleadings it's indicated September 25, 2002?
A Right.
Q And you had it up until March 31, 2003, that's the time of the incident?
A Right.
Q When you were at Home Depot with your partner and you looked at the saw, did you talk to anybody at Home Depot about the saw?
A No.





Q Did you do any research on the saw at all at any time?
A No.
Q When you obtained the saw, did it come here to Stillwater Road?
A No. It went to Post Road.
Q Post Road, okay. When the saw came to Post Road, was it in a box?
A Yes.
Q Was the box sealed?
A Yes.
Q Did it look as if the box had ever been opened?
A Well, let me say this, my daughter bought the saw in North Attleboro. And when it got to Post Road, it was opened and it looked like it had been used. So she insisted on taking it back, but they didn't have one there. So she took it back to North Kingstown, and they gave her a brand new one in the box.
Q So the one that you had at the time of the incident was not the one that was initially given to you for your birthday?
A No, maybe it was a week later.
Q And which daughter took it back?
A Karen.
Q Do you know if Karen had any conversations with anybody



ALL-STATE LEGAL®
EXHIBIT
B

at Home Depot concerning the use of the saw or what it could do?
A No.
Q The only conversations she had with the Home Depot people were exchanging the saw so to speak?
A Right.
Q At any time before the incident did you talk to anybody at Home Depot concerning the saw and its operation?
A No.
Q Talk to anybody connected with Dewalt or Black and Decker concerning the saw or its operation?
A No.
Q Did you ever have any formal training in woodworking or construction?
A In school.
Q At Central?
A At Brigham.
Q Before Central?
A Before Central.
Q What courses did you take at Brigham?
A Woodworking course. I made furniture in there, you know. You're talking back now 1944, '45. Long before you.
Q Any jobs, any formal jobs in woodworking or construction other than what you've told me so far?







A No, I've always done things but nothing formal.
Q When you were in the army did any of, any of your time in the army involve any construction?
A No. I was in automobiles, into trucks, motor pool.
Q According to the records I've looked at, your social security number is 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?
A Right.
Q Going back now a while, when you were at Providence Electric, who was your immediate supervisor or boss or foreman?
A The owner was Murrey Cohen but I didn't work in there. I was on the road.
Q Did you have formal training in the automotive business?
A Just from learning because I started when I was 13-years old.
Q Working on family vehicles?
A No, no, I worked in a body shop.
Q Was it a family body shop?
A No.
Q What sort of tools are used in the auto body business?
A In those days -- it ain't like today -- you used air hammers, you used body grinders, you used files, you did leading. They didn't have bondo and plastic like they do today. You fixed, you repaired cars.







Q You would of used drills I would assume?
A Drills, body grinder, you had to grind.
Q And by a grinder we mean a big machine with a grinding wheel on it; is that what we're talking about?
A Yeah, yeah, I still have it.
Q You still have a grinder back from those--
A I have the grinder that I used then, I've still got it.
Q Do you still use that from time to time?
A Occasionally if I have to grind something, I use it. Spray guns, I use to paint.
Q Did you do any of that after you started at Providence Electric?
A No. Just my own house. I mean if I wanted to fix something around here I, you know, but.
Q The saw that we're here talking about today, had you used it at all before this incident?
A No.
Q I note in I think it was your Answers to Interrogatories, you indicated that someone may have used it before this incident; is that correct?
A Yeah, I let -- A carpenter was doing some work in the office and I let him use it.
Q Who was the carpenter?
A Richard Debenedetto.







Q And where is he located?
A He's located in Greenville, Rhode Island.
Q And what was his purpose for doing work at the Post Road address?
A He was fixing a stairway.
Q Is it a stairway going from the main floor down into the basement?
A Yeah.
Q What was he doing there?
A He was putting the railing in and some steps.
Q Were the steps that were there rotten or defective in some fashion?
A No, they had -- They weren't rotten. They just had to be repositioned, and the railing had to be put up, there was no railing.
Q Is there some reason why you didn't do that work?
A I didn't want to do it. I hired somebody.
Q All right. By that I mean was the work that had to be done too difficult for you, beyond your expertise so to speak, or did you just have him do it because it was easier or simpler or?
A It was easy to have him do it. You have to realize that I'm getting older and I'm doing less. You know what I mean?

tipping.
Q A stabilizer bar?
A Yeah.
Q Did you know before you opened the box that there would be a stabilizer bar that you had to attach?
A I didn't know it. When I opened it, I found out. I mean it was no big deal, you know.
Q You installed that without difficulty?
A Yeah.
Q Before the incident did you read the instruction manual?
A Haphazardly. I didn't read it--
Q You didn't read it cover to cover; is that a fair statement?
A Right.
Q Did you read the safety part of the manual?
A Yeah, I read it to see how it locked, how it inlocked, you know, how you could, you know, turn it, and that part of it, just the basic things.
Q How to run it basically?
A Right, right.
Q But as far as the safety aspects of it, I would assume what you're telling me is that based on your experience you didn't have to read, for example, don't put your hand in close proximity to the blade?







A No, I, I knew that.
Q Or don't put your hand behind the blade?
A Right.
Q That sort of stuff you knew?
A Yeah.
Q Or don't crisscross your hands and things like that?
A Yeah.
Q That sort of basic stuff, you knew that?
A Right, I knew to be very cautious.
Q Had you ever operated a similar saw to this?
A No. I've operated a radial arm.
Q Radial arm. Other than that you had never operated a saw like this one is probably a better question?
A No.
Q After glancing through the manual did you have a basic understanding as to how the saw worked?
A Yeah.
Q And did you have that understanding on that particular day, the day you took it out of the box and put the stabilizer bar in the back?
A No. After I did. Now you're talking from September--
Q Till March.
A Till March, you know, and in between, you know when I wasn't doing nothing, I'd look and see, check to see how







it operated, what locks there were, you know.
Q Did you start it up at all before this particular day, plug it in and start it up and see how it worked?
A Not really. You know, I did start it up but.
Q Did you try to cut anything with it on that first occasion?
A No.
Q So at the time of the incident was the first time you attempted to cut anything with it?
A I would say so, yes.
Q And you had read the manual I would assume before March 31?
A Yes, not cover to cover.
Q I understand. But you thought that you had enough information as to how to use the saw on that particular day to do the project that you were intending to perform or do?
A Yes.
Q And I would assume that from the time you came into possession of the saw up until the time of this incident you never called Home Depot; that's true?
A No.
Q That's true?
A Yeah, I never called them.







Q And you never called Black and Decker; is that correct?
A No, I never called them.
Q And you understood, I would assume, what you read in the manual?
A Yes.
Q And was the manual kept at the Post Road address?
A Yes.
Q What was the project that you were undertaking to perform at that time?
A I was doing a finish corner on the wall that Dick Debenedetto built. He finished it but he didn't do the fine finishing.
Q What sort of fine finishing did you need to do?
A I was going to -- There was an outside corner that had to be put on, a wood corner.
Q What do you mean by a wood corner?
A A piece of wood that was a corner, outside corner.
Q You're talking about some sort of a molding?
A Right, it was an outside corner, and that's what I was cutting when this happened.
Q And where was this corner going to be, horizontal or vertical on the wall?
A Vertical.
Q Are we talking about where two sheets of plywood or some

Q Small nails?
A Yeah.
Q Did you have -- Were you going to use a hammer to instal it or did you have an automatic nailer to do it?
A A hammer.
Q The saw was on a table, is that what I'm hearing?
A Yes.
Q How high was the table off the floor?
A Standard height, 30 inches.
Q Anything else on the table besides the saw?
A Well, there was other stuff there. It was a six foot table so there was other things. There was nothing near there, but there was other stuff, I don't remember what.
Q Was the saw affixed to that table in any way, and by that I mean was it bolted into the table?
A No, it was just resting on it.
Q Is this when you cut that 6-foot length into a 30-inch length or thereabouts?
A Yeah.
Q So you would of had to have measured the height from the floor halfway up, did you do that, or did you know what that distance was already?
A I probably got a ruler and measured exactly what I needed.







Q That's what I'm getting at. So you had a ruler of some type or a device to measure the floor to halfway up distance?
A Yeah.
Q Yes?
A Yes.
Q And it measured about 30 inches, 30 to 36 inches?
A About 36 inches, yeah.
Q And then did you have a pencil and mark that length on that 6-foot piece of?
A Yeah.
Q Did you use the saw to cut that?
A I'm almost sure I did.
Q Any difficulty or problems?
A No.
Q That corner piece, and I think you had a name for it, tell me what the name is?
A An outside corner.
Q The outside corner, had you installed these before?
A Yes.
Q Cut pieces of this before?
A Yeah.
Q Used a radial arm saw to cut pieces of this before?
A Either that or a jigsaw.







Q And you had no difficulty or problems doing this before is what I'm hearing; is that correct?
A No.
Q Do you have a chain saw?
A Yes, I've got three of them.
Q And you've used them and operated them from time to time?
A Many.
Q Did you know from using a chain saw that there is a phenomena known as kickback?
A Yeah.
Q And did you also realize that that phenomena happens with power tools?
A I didn't -- I know it does, but it didn't enter my mind. You know I know the chain saw does because I've cut at least 400 trees around here.
Q So you know from using a chain saw that there is a phenomena such as kickback, and by that I mean that the saw comes back toward you under certain conditions?
A Yeah, there's a safety thing that if you hit and it locks it.
Q What kind of a chain saw do you have by the way?
A I've got a Sears electric, another electric, and I got a Skill gas chain saw.
Q And both those have those brakes on it that if the saw







comes back, your hand goes forward and shuts the saw?
A Yeah, it locks it.
Q I take it that based upon your experience you knew from using a skill saw, a hand powered saw, that that can kickback from time to time?
A Yeah.
Q And you have to be careful of that phenomena?
A Yeah.
Q And did you experience a similar kind of a phenomena using the radial arm saw where the blade bound up in a piece of wood and the wood came back towards you as the operator?
A It's happened, you know.
Q And it's something that you have to be fairly careful of?
A Right.
Q And you knew about that sort of a phenomena?
A Right.
Q From using the chain saw and your other saws in the past?
A Yeah, right.
Q Correct?
A Yes.
Q Before this particular day ever sustain any injury using a power tool?
A No, not that I, no.

Q Your hands and fingers were in relatively good condition at the time of this incident?
A Yeah.
Q Did you think you needed any formal instruction in the use of the compound miter saw?
A Not really.
Q And it's my understanding you had no formal training in the use of it at all?
A No.
Q And the same with the radial arm saw, no formal training in the use of that?
A No.
Q When you were using the radial arm saw to do your work here in the basement, was there anybody working with you?
A My son.
Q And he is no longer living in the area?
A He's departed the scene. He died.
Q That's the one that's died?
A Yeah.
Q At the time of this incident were you using any additional purchased items in connection with the saw, and by that I mean did you purchase anything special to be used to make this particular cut?
A No.







Q For example, you didn't purchase any, a fence or anything like that, any additional fence to do this cut?
A No.
Q Or any sort of clamps?
A No.
Q When you cut smaller pieces of wood, were you in the habit of clamping that before you cut it? Do you understand what I'm saying?
A Yeah, I know. But, no, I never got into a position where it had to be clamped.
Q And by not getting into a position, I would assume getting a piece small enough, is that what you're saying, where you would have to clamp it to saw it?
A I would never cut a piece small enough that I couldn't handle.
Q All right. So when you were making the cuts on this particular day, you weren't using any clamps or anything like that?
A No.
Q And I would assume based on your testimony you didn't feel it necessary that you had to clamp the piece in order to cut it?
A I couldn't clamp it. The way I was cutting it, it couldn't be clamped.







Q We talked about the piece being 30 to 36 inches long. What was its width if that's a good question?
A One inch by one inch.
Q So there was one inch on each side of the triangle so to speak?
A Yeah. It was about a quarter of an inch thick.
Q And it was pine?
A Yeah.
Q Had it been stained or painted or anything?
A No.
Q Not pre-stained, not pre-painted or anything?
A No.
Q I need to ask you this but I think I know what your response is going to be: The blade that was on the saw at the time was the blade that came with the saw?
A Yes.
Q You didn't tighten it or change it or do anything to it?
A No.
Q And it's my understanding based upon what you've told me so far that the saw wasn't serviced or repaired in any way?
A No.
Q That's correct?
A No. It was brand new.







Q And so the answer to my question is yes, you didn't change the blade, you didn't tighten the blade, you did no repairs and no service to this saw; is that a fair statement?
A Yes.
Q In some questions I asked you, I asked you whether or not you had an expert witness.
Do you remember these Answers to Interrogatories, the ones you signed asking you, for example, your name, your date of birth, that sort of thing?
A Yeah.
Q One of the questions I asked you is do you have an expert witness. And you said, "my attorneys have not yet determined which if any expert witness will be called to testify".
Have you talked to any so-called expert witness as we sit here today?
A Was that the guy that came down, the engineer, was he an expert witness?
Q Was there a guy by the name of Tommi that came to your house?
A It might of been. I don't remember his name.
Q Somebody came to your house?
A Yeah.

Q Came with your attorneys?
A Yeah.
Q Both of them?
A Yeah, it was both of them, yeah.
Q When did the person come?
A I don't remember. Whatever the date is.
Q He came to look at the saw I would assume?
A Right.
Q Did he look at the saw?
A He looked at it and he took pictures of it and.
Q Did he start it?
A I think he did, yeah. I'm not sure. I think he did. He spent a while there going over it.
Q Do you know if he started it?
A I can't swear to it that he did. He probably did but.
Q Did he touch the saw, and by that I mean did he try to use the saw?
MR. CANTOR: Object to the form.
A He probably -- see, now he didn't use it to cut anything but he probably checked it to see how it was working.
Q It's your contention in this case that the blade guard was not working properly, is that what I'm hearing?
A At the time that this happened, okay, it happened so fast, okay, that I didn't even notice the guard. I just







got up, ran in the bathroom, wrapped a towel around it because it was bleeding. All right. And I put -- I had my jacket on, and I went outside with the towel wrapped around it, never looked at the saw. All right. And just as I was going out, my granddaughter was coming in because she was going to do some work for me. I says to her, here's the keys, drive me to the hospital.
And when I went to the hospital, she went back, and she tells me that the guard was stuck up, okay. And as I'm thinking about it, the guard had to probably be stuck up because I would of never hit the blade if -- but, you know, as far as me seeing it, it happened so fast, I don't.
Q It's your contention that the guard didn't work properly?
A Right.
Q And that it stuck in the up position?
A Right.
Q And you can't, you can't testify to that yourself, is that what I'm hearing, you didn't see that?
A No, I -- It happened so fast I didn't.
Q And is your granddaughter, is it Lilia?
A Yeah, Lilia.
Q She is the one who can testify to that?
A Yeah.







Q When did you next see the saw after the incident?
A I'd say a month.
Q Was the guard I'm going to call it stuck up at that time?
A No.
Q Did someone touch the saw between the time of the incident and when you saw it again?
A Yes.
Q Who touched it?
A My granddaughter and my daughter went and cleaned it. There was blood all over it. And my partner wouldn't go back into the office until the saw was out of there. So my daughters took the saw, put it in the box, and took it here and put it up on the loft in the garage and that's where it's stayed.
Q Did someone I'm going to call it free the guard?
A Yeah, my granddaughter said she did.
Q And did she do it that day or did she do it some other time?
A That day when they went back to clean it.
Q Have you tried to replicate this incident?
A Yes.
Q Can you do it?
A No.
Q Did the expert try to replicate this incident?







A I think he did but I won't swear to it.
Q And could he do it?
A No. I don't think he did.
Q Do you know of anybody that's had an incident similar to yours using one of these saws where the guard stuck in some fashion?
A I don't know of anybody.
Q You've got a lot of devices there on the table next to where you're sitting. You must have I'm going to call it four clickers, and then it looks like you've got a little computer gizmo there?
A This takes the place of all those.
Q All right. Are you pretty handy with the use of a computer?
A Yes.
Q Have you gone on-line to try to find out anything about Black and Decker or Dewalt and incidents such as this?
A I haven't. My daughters have.
Q And what did they determine?
A They said there was incidences where they had -- how do you put it -- where they had problems, there was complaints. And my daughter Karen went on, and she said that they sold the rights to it because there was so many complaints to it. But I haven't seen it, so I'm only

Q Any part of your body?
A No.
Q How would you describe the cut that was being made, cross cut, bevel, miter, combination of those?
A Maybe a rip cut.
Q Was the saw angled in any way?
A Yes.
Q You can show us that when we go out there?
A Yeah.
Q How was the saw angled?
A It was angled 45 degrees to the right.
Q Was it tilted in any way?
A No.
Q And the angle of the cut you said was what, 45 degrees right?
A About 45 degrees right.
Q What were the lighting conditions down in the basement?
A It was florescent, two by four florescent light right over it.
Q As you were making the cut, did the wood move?
A No.
Q Was there a kickback?
A There might have been. I can't recall.
Q Do you remember telling the people in the hospital







immediately after the accident that there was a kickback?
A Yeah, because I think that the wood got caught and it kicked up and kicked it into, my hand into the blade.
Q So the piece of wood did move?
A Yeah, when the blade -- It's kind of difficult to tell you, but the cut I was making wasn't making the piece come off. And as I went by it, it might of come back and it might of grabbed the saw blade.
Q Do you think you can show us that when we take a look at it?
A Yeah.
Q Does this sound right, the piece of wood kicked back and your hand came into contact with the saw blade?
A Yeah.
Q Did anyone else talk to the hospital people other than you?
A Maybe my daughters did.
Q Did anyone give any version of how this incident occurred to the hospital people other than you?
A No, they couldn't of because they didn't know.
Q So anything in the hospital records, and I'll even include the doctor's records, as to how this incident may have occurred would have come from you, Mr. Esposito?
A Yeah.







Q Had you released the trigger before this incident occurred?
A Yeah, I released it and let it go and raised it up.
Q Raised the saw up?
A Yeah.
Q How much time went by between the time you released the trigger and when you believe the injury occurred?
A A second. It was--
Q Almost instantaneous?
A Almost instantaneous. I -- The blade was so sharp I didn't feel it. All I seen was blood. The blade was brand new.
Q Do you know what part of the blade came into contact with your hand?
A The teeth.
Q I know that, okay, obviously. Front? Back? Side? Are you able to show us what you think happened at the time?
A I can show you because the way it happened, my hand rolled.
Q Any alcoholic beverages that day?
A I don't drink.
Q So the answer is no?
A No.
Q How about medication? What medication had you taken that







day, any?
A None, no, none.
Q I would assume from what you told me so far the saw has not been used at all since this accident, you haven't used it for any projects?
A I have, I've used it for minor stuff but not.
Q What have you used the saw for since this accident?
A I cut some plastic pipe.
Q Diameter or thickness?
A Two inch.
Q Two inch diameter?
A Yeah.
Q What were you using it for?
A To make a rack.
Q For?
A To store stuff. I'll show you, the rack is down there.
Q Anything else that you used the saw for since this incident?
A No.
Q Have you used your radial arm saw since the incident?
A I probably have. I--
Q The skill saw, have you used that, the power saw?
A No, I've used the chain saws.
Q In your Answers to Interrogatories you indicate that

A One speed.
Q So you held that with your right hand and started it?
A Right.
Q You brought the saw--
A Down here I started it.
Q Brought the saw all the way back?
A All the way back. When I did that--
Q To where it stops?
A Right. I let it go and I let it up.
Q You let it up?
A And it was still turning naturally.
Q And then --
A Somehow or another my hand hit the blade. And if this was down and my hand hit the blade, it would of hit the guard, but it didn't hit the guard. I don't recall that it didn't go down, but it's common sense that if it did go down, I wouldn't of hit the blade.
Q Let's just go back one more time.
You show me the position you were in with your hands, your feet?
A Just like that.
Q And the saw comes all the way--
A Comes down.
Q -- to where it stops?







A Pull it to the end.
Q Stop right there.
Is that where you say your hand was, right there?
A Yeah, it was beyond here.
Q Were you holding the piece?
A Yes, I was holding it.
Q And using the handle as kind of a guide for both the hand and the piece?
A This hand?
Q Yes.
A No. No. I was holding the piece. It had to be beyond it because I was holding the piece. And when I, you know. I knew I could only go so far with it. When I let it up, the--
Q The guard didn't retrack or--
A It probably didn't. It more than likely didn't because what happened is, when I made the cut, this was, this probably came back together because it wasn't loose. And when it came back together, it must of grabbed the blade, that might of gave it the kick.
Q So that's what you think happened--
A That's what--
Q -- is that when you let the saw back up, that the blade--
A Picked up the--







Q -- picked up the piece?
A Right.
Q And then your hand and some--
A And it might of pulled it. Okay. Somehow or another it got there but.
Q What we don't know though is whether or not the blade guard came down because you never saw it one way or the other; am I correct on that?
A No, but I'm assuming that it didn't come down because--
Q I understand.
A -- it cut my hand.
Q I know.
A If it had come down, I would of hit it.
Q Or what we don't know is whether or not the piece in some way bound the guard, correct, we don't know whether or not?
A We don't know that. But personally I don't think, see how it would of bound the guard, because if anything it would of, even if it was cut there, it wouldn't of bound the guard, but I'm not an expert. All I know is what happened.
Q Did you recreate this for the expert?
A I think I did.
Q Did you use a similar piece?







A Yeah, yeah.
MR. BENGTSON: Why don't we go off the record for a minute.
(off the record conversation had)
Q You told me that you probably were using an extension cord; is that correct?
A Right.
Q We've got the cord here sort of wrapped over the back of the machine.
Can you show us how the cord was, Mr. Esposito, at the time?
A It was down. In back of the table there was an extension cord, in back of, it was a 6-foot table.
Q And the extension cord would of gone in back of the table; am I correct?
A Right, right.
MR. BENGTSON: Off the record again, please.
(Off the record conversation had)
Q The way you showed us a minute ago when you were demonstrating how your hands were, I also asked you about your feet.
Were your feet in the position that we had previously seen when you were demonstrating where your hands were in the operation of the saw as best you remember?

A Yes, yes.
MR. BENGTSON: Off the record again.
(Off the record conversation had)
Q You told me that the piece that you were attempting to cut was approximately 30 to 36 inches long; am I correct?
A Yes.
Q How far had you gotten through the piece at the time?
A Maybe a foot, fifteen inches; twelve to fifteen inches. And that's as far as I was going to go. I wasn't going to go any further.
Q How were you going to make the cut for the remainder of the piece?
A Hand saw. You know it was only a little piece, just a hand saw.
Q I'm probably confused. I thought the half wall or the knee wall was approximately 30 to 36 inches high?
A Right. If you seen it, I'd explain it to you. There was a column there and the piece wouldn't go around the column, that's why I kind of notched that piece out.
Q I see. I see what you're saying.
A So it could fit around. It wouldn't go where I was doing it.
Q Did somebody ultimately complete that job?
A Yeah.







Q Who completed it?
A A guy by the name of Ken Rollins. He was doing painting for us and he completed it.
Q Did he use the same piece you were working on?
A No. They threw it away. It was all bloody. The kids just wouldn't keep it.
MR. BENGTSON: Off the record.
(break taken)
(deposition reconvened in home)
Q Mr. Esposito, the type of cut that you demonstrated you were making at the time, had you ever made that type of cut with a radial arm saw?
A Yes.
Q Without problem or incident?
A Yeah.
Q With the same size and piece of wood?
A Similar, you know. It wouldn't be exactly like that.
Q What I'm talking about is had you ever used a radial arm saw to cut an outside corner piece such as the one that you were cutting at the time of this incident?
A No, I've done similar things but not the same.
Q And by that I mean the same size, the same width, the same thickness?
A Yeah.







Q You had used a radial arm saw I would assume to cut larger pieces of wood similar to what you were doing at the time?
A Yes.
Q But never anything this small, is that what I'm hearing?
A I've done things that small with it.
Q With the radial arm saw?
A Yeah. The radial arm saw is different. You can turn that and use it and cut small, you can turn it right around 90 degrees and use it like a table saw.
Q You can actually twist the entire blade around?
A Right.
Q The blade mechanism around?
A Yes. Yes.
Q On the radial arm so to speak?
A Right. You can't do that with the miter saw.
Q Did you look in the manual before you made this cut to see whether or not you could do this type of cut safely?
A No.
Q Have you looked at it since to see whether or not you can make this kind of a cut safely?
A No.
MR. BENGTSON: Off the record again if we could.







VIDEOGRAPHER: Back on the record.
Q Is there anything about how the incident happened, Mr. Esposito, that we haven't talked about that you think is important?
A Not that I can think of.
Q How about your medical treatment, have we covered all of your medical treatment that you think is important?
A Well, I got a heart condition. I'm on heart medication.
Q No, I'm talking about as it relates to--
A To the hand?
Q To your hand; correct?
A No. Everything I said I've told you.
Q Anything else you want to add as far as how the incident happened or your injury?
A No.
MR. BENGTSON: Thank you. That's all.
MR. CANTOR: I have no questions.
MR. ABRAMS: No questions.
(deposition adjourned)