# EXHIBIT "C"

**Russell Bengtson**

---

**From:** cmecf@rid.uscourts.gov
**Sent:** Thursday, January 18, 2007 11:08 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00153-S-DLM Esposito v. Home Depot U.S.A., Inc. et al "Order on Motion for Extension of Time"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 1/18/2007 at 11:08 AM EST and filed on 1/18/2007

**Case Name:** Esposito v. Home Depot U.S.A., Inc. et al
**Case Number:** 1:06-cv-153
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [25] MOTION for an Extension of Time To Extend Pre-Trial Dates as follows: Fact Discovery be extended to March 31, 2007; Expert Discovery Disclosure dates be extended to April 12, 2007 and May 14, 2007 respectively; Dispositive Motions shall be filed on or before June 16, 2007; Pretrial Memoranda shall be filed within thirty (30) days after the close of discovery on June 16, 2007.. So Ordered by Judge William E Smith on 1/18/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**1:06-cv-153 Notice will be electronically mailed to:**

Richard L. Abrams rabrams@abrams-verri.com

C. Russell Bengtson rbengtson@ckmlaw.com

Paul S. Cantor psc@pcantorlaw.com, sab@pcantorlaw.com

**1:06-cv-153 Notice will be delivered by other means to:**

ALL-STATE LEGAL® EXHIBIT C