# EXHIBIT "D"

**Russell Bengtson**

**From:** cmecf@rid.uscourts.gov
**Sent:** Monday, April 16, 2007 10:07 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00153-S-DLM Esposito v. Home Depot U.S.A., Inc. et al "Order on Motion for Extension of Time to Complete Discovery"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 4/16/2007 at 10:07 AM EDT and filed on 4/16/2007

**Case Name:** Esposito v. Home Depot U.S.A., Inc. et al
**Case Number:** 1:06-cv-153
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [29] Motion for Extension of Time to Complete Discovery as follows: Discovery Closure due by 5/31/2007; Expert Discovery Disclosure due by 6/21/2007 and 7/14/2007; Dispositive Motions shall be filed by 8/16/2007; Pre-trial Memoranda shall be filed within 30 days of close of discovery - 8/16/2007. So Ordered by Judge William E Smith on 04/16/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**1:06-cv-153 Notice will be electronically mailed to:**

Richard L. Abrams rabrams@abrams-verri.com

C. Russell Bengtson rbengtson@ckmlaw.com

Paul S. Cantor psc@pcantorlaw.com, sab@pcantorlaw.com

**1:06-cv-153 Notice will be delivered by other means to:**

ALL-STATE LEGAL®
EXHIBIT
D