# EXHIBIT "E"

July 10, 2007

# Report of Stephen L. Vick
## RE: Robert Esposito v. Black & Decker (U.S.) Inc.

This report addresses my investigation of an accident and injury to Robert Esposito involving a DeWalt DW708, Type 3, 12" Sliding Compound Miter Saw. The accident occurred on March 31, 2003 at Mr. Esposito's place of business.

This report is based on information obtained from the following:

- Notes and Photographs from my product inspection dated April 20, 2007
- Highlighted copy of Instruction Manual for DeWalt DW708 12" Sliding Compound Miter Saw, provided by plaintiff, and marked "Plaintiff's Exhibit #5"
- Transcripts and video of Robert Esposito's deposition, dated January 17, 2007
- Transcripts and video of deposition of Lilia Esposito, dated January 17, 2007
- UL Report E48247 for DeWalt DW708 Miter Saw
- Black & Decker's answers to interrogatories, certified March 8, 2007
- Plaintiff's answers to interrogatories, certified December 21, 2006
- Sales data for the DeWalt DW708 Sliding Compound Miter Saw from 1999 through 2007

In addition the following standards were reviewed:

- Underwriters Laboratories UL987 Standard for Stationary and Fixed Electric Tools, Sixth Edition, Dated August 5, 1994, Fifth Edition, Dated November 26, 1991, and Fourth Edition, Dated February 19, 1988

The subject unit is a 12" Sliding Compound Miter Saw powered by a series universal motor. The motor drives the blade by means of a single reduction parallel axis gear set and a single poly vee belt reduction. The blade is guarded by a fixed die cast aluminum



ALL-STATE LEGAL®
EXHIBIT
E

upper guard, and a movable lower guard that is molded of polycarbonate resin, which allows good visibility of the blade for accurate cuts in the work piece. The motion of the lower guard is driven by the motion of the cutting arm of the saw. When the arm of the saw is lowered, the lower blade guard is opened to allow the blade to cut the work piece. The lower guard is positioned by an integral molded pilot diameter which is supported by a diameter on the gear case that is concentric with the center of the saw arbor.

**Opinions formed at this time:**

1. The DeWalt DW708 12" Sliding Compound Miter Saw as it was designed and manufactured by Black and Decker is not unreasonably dangerous nor more dangerous then the average user would expect and is safe for it's intended use and was not the cause of nor did it contribute to Mr. Esposito's accident.

   - The DeWalt DW708, Type 3, 12" Sliding Compound Miter Saw is listed by, and complies with, Underwriter's Laboratory under UL987 Standard for Stationary and Fixed Electric Tools.
   - The DeWalt DW708 has never been the subject of a recall of any kind.

2. The root cause of Mr. Esposito's injury was several aspects of improper use of the DeWalt DW708 Sliding Compound Miter Saw, in that specific safety instructions and warnings were not followed. The cut attempted by Mr. Esposito is not one intended for this type of saw, and in fact not for any power saw without special fixtures.

   - Based on testimony given in deposition by Mr. Esposito, he did not read the safety instructions that were supplied with his saw before attempting the cut that resulted in his accident and injury.
   - Mr. Esposito failed to keep his hands out of the path of the blade and at least 6 inches away from the blade at all times.
   - The work piece, which was a relatively small cross section piece of outside corner molding, was not secured by clamps; even though these types of moldings are generally rounded on their outside contours.
   - Based on testimony in his deposition, Mr. Esposito did not observe the proper direction of feed for the miter saw blade.
   - The cut Mr. Esposito was attempting at the time of the accident was a freehand cut since the work piece was not supported by the fence, and was only supported on a rounded surface on one side by the table.