UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-153 S |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Robert Esposito, in the above-entitled matter and moves this Court for an extension of time to respond to Defendants' Motion for Summary Judgment.

As grounds therefore, Plaintiff states that Defendants' Motion is grounded upon Plaintiff's failure to disclose his expert's opinion in this product liability case. Plaintiff has previously filed a Motion to Extend Pretrial and Trial Dates in this matter, and Motions to Compel Further Interrogatory Answers and Document Responses from the Defendant. The Motions are scheduled to be argued on August 17, 2007. The Motion to Extend seeks a new date for Plaintiff's expert discovery disclosure of September 21, 2007. If the Motion to Extend is granted, Plaintiff suggests that the pending Motion for Summary Judgment would be moot. If the Motion to Extend is denied, Plaintiff would ask for an extension of time until August 31,

2007 to oppose the Motion.

Respectfully submitted,
Plaintiff
By his Attorneys,

/s/ Paul S. Cantor
Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams
Richard Abrams (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908
401-351-5700
401-351-3493

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2007.

/s/ Paul S. Cantor