UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-153 S |

**PLAINTIFF'S REQUEST FOR HEARING ON APPEAL OF AUGUST 17, 2007 ORDER OF MAGISTRATE JUDGE**

Plaintiff hereby requests an oral hearing on his appeal of the August 17, 2007 Order of Magistrate Judge Martin. As grounds for this request Plaintiff says that the Order could have the effect preventing the Plaintiff from preparing an adequate response to the Defendant's motion for summary judgment and could prevent the Plaintiff from proving his case at trial. Given the serious potential impact of the Order on the Plaintiff's case, due process requires that the Plaintiff have an opportunity to be heard on his appeal.

In accordance with LR Cv 7(e), Plaintiff estimates that approximately thirty minutes will be required for said hearing.

The Plaintiff
By his Attorneys,

/s/ Paul S. Cantor

Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams

Richard Abrams (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908
401-351-5700
401-351-3493

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2007.

/s/ Paul S. Cantor