UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-153 S |

**AFFIDAVIT OF COUNSEL**

The undersigned, Paul S. Cantor, is co-counsel for Plaintiff Robert Esposito in the above-noted matter.

1. All assertions in the Appeal of the Order denying Motions to Extend and to Compel, and in the Motion to Permit Expert Testimony, filed herewith, which concern knowledge or intention of myself as counsel for the Plaintiff are true and accurate to the best of my ability and recollection.

2. Any errors or omissions of mine in failure to seek extensions of deadlines before their expiration were entirely inadvertent and unintentional and were not motivated by an attempt to secure any advantage for the Plaintiff in this litigation.

3. Rightly or wrongly, I did not perceive that any delay in Defendants' response to Plaintiff's discovery requests made on March 3, 2007 was connected to any delay in our return of the Confidentiality Agreement until early July 2007 when the agreement was finally returned.

4. I have not read or reviewed Defendants' expert disclosures provided on or about July 13, 2007 and I have not provided them to Steve Thomas, Plaintiff's expert in the case.

Sworn to under pains and penalty of perjury this 27th day of August, 2007.

/s/ Paul S. Cantor
Attorney for Plaintiff
Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2007.

/s/ Paul S. Cantor