UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO<br>Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL<br>CO., and XYZ CORP. | : | |

OBJECTION OF DEFENDANTS, HOME DEPOT U.S.A., INC. AND BLACK & DECKER (U.S.) INC. TO PLAINTIFF'S MOTION TO PERMIT EXPERT TESTIMONY

Now come the defendants, Home Depot U.S.A., Inc. and Black & Decker (U.S.) Inc. and object to plaintiff's Motion to Permit the filing of plaintiff's expert testimony. See Memorandum of Law hereunto annexed and made a part hereof.

HOME DEPOT U.S.A., INC. and
BLACK & DECKER (U.S.) INC.
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on September 13, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I. Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq., psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO<br>Plaintiff | : | |
| VS. | : | C.A. NO. 06-153 S |
| HOME DEPOT U.S.A., INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL<br>CO., and XYZ CORP. | : | |

MEMORANDUM IN SUPPORT OF THE OBJECTION OF DEFENDANTS, HOME DEPOT U.S.A., INC. AND BLACK & DECKER (U.S.) INC. TO PLAINTIFF'S MOTION TO PERMIT EXPERT TESTIMONY

The Court Order which entered on April 16, 2007 required that the plaintiff file his expert disclosure by June 21, 2007; that the defendants file their expert disclosure by July 14, 2007; and that all discovery close on August 16, 2007. The plaintiff now seeks to file his expert disclosure late and out of time.

This motion comes on the heels of an earlier motion by the plaintiff to extend pre-trial and trial dates. That motion was denied by Magistrate Judge Martin on August 17, 2007 (Doc. #46). This motion should also be denied for the following reasons:

- Magistrate Judge Martin ruled on and denied a similar motion on August 17, 2007. The plaintiff has appealed from that denial and the results of the appeal will govern any further discovery including the filing of expert reports;

- The plaintiff's expert has now rendered a report. On its face the report is purely speculative and is probably subject to a Dalbert challenge. No reason has been given as to why the report and expert disclosure was not filed timely on June 21, 2007 or for that matter with the earlier Motion to Extend the Pre-Trial and Trial Dates;

- Whether or not the plaintiff's attorneys or their expert have read the defendants' expert disclosure is irrelevant. The fact remains that the defendants filed their

disclosures timely. To now require them to read and analyze the plaintiff's expert report, to depose the plaintiff's expert as to his speculative opinions and to possibly modify their disclosures is prejudicial; and

- Not only has the plaintiff violated the Court Order, the plaintiff has violated the disclosure provisions of Rule 26(a) and Rule 26(e) of the Federal Rules of Civil Procedure. See Ortiz-Lopez v. Sociedad Espanola deAuxilo Mutus Y Beneficencia, 248 F.3d 29, 33 (1st. Cir. 2001). In this case the plaintiff has not shown any substantial justification for the extension of the pre-trial/trial dates or that the failure to disclose his expert was harmless.

WHEREFORE, defendants, Home Depot U.S.A. Inc. and Black & Decker (U.S.) Inc. move that this motion be denied.

HOME DEPOT U.S.A., INC. and
BLACK & DECKER (U.S.) INC.
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on September 13, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I. Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq., psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson