**Sharon Beech**

---

**From:** cmecf@rid.uscourts.gov
**Sent:** Wednesday, November 28, 2007 1:50 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00153-S-DLM Esposito v. Home Depot U.S.A., Inc. et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 11/28/2007 at 1:50 PM EST and filed on 11/28/2007
**Case Name:** Esposito v. Home Depot U.S.A., Inc. et al
**Case Number:** 1:06-cv-153
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER DENYING [50] MOTION for Disclosure of Expert Testimony for the reasons set forth in the Decision and Order dated October 30, 2007. So Ordered by Judge William E Smith on 11/27/2007. (Baldinelli, Doreen)

**1:06-cv-153 Notice has been electronically mailed to:**

Richard L. Abrams rabrams@abrams-verri.com

C. Russell Bengtson rbengtson@ckmlaw.com

Paul S. Cantor psc@pcantorlaw.com, sab@pcantorlaw.com

**1:06-cv-153 Notice has been delivered by other means to:**