UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | ) | |
| | ) | |
| V. | ) | C.A. No. 06-153S |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| BLACK & DECKER, INC. | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| CO., and XYZ CORP. | ) | |

PLAINTIFF'S STATEMENT OF DISPUTED FACT

Now comes the Plaintiff in the above-entitled matter and files this Statement of Disputed Fact as follows:

1. Plaintiff references Defendants' Statement of Undisputed Fact number 20. Defendants' undisputed fact number 20, dated August 3, 2007 stated (correctly) that to date, the Plaintiff had not identified which, if any, expert witnesses will be called to testify. Plaintiff states in response that Plaintiff's expert was originally identified in November, 2006 and his C.V. was provided to Defendant at that time. Defendants' expert and counsel met and interacted with Plaintiff's expert at the joint inspection of the subject saw on April 20, 2007. Plaintiff's expert report has since been provided to Defendants with Plaintiff's Memorandum in Support of his Appeal which was filed on August 27, 2007.

Plaintiff
By his Attorneys

/s/ Paul S. Cantor
Paul S. Cantor, (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams
Richard Abrams, (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908

CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 4, 2007.

/s/ Paul S. Cantor