UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

MOTION TO STRIKE PLAINTIFF'S EXHIBIT 1 (Doc. 58-2) TO HIS MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. 58)

The defendants hereby move that the Engineering Report of S. Thomas, Exhibit 1 to the Plaintiff's Memorandum in Support of His Objection to the Defendants' Motion for Summary Judgment, be stricken from the record and that the plaintiff be precluded from using the report or making reference to Mr. Thomas's expert testimony to support his opposition to the defendants' Motion for Summary Judgment. As grounds therefore, the defendants assert that this Court has previously ruled that the plaintiff may not use the referenced expert testimony in this matter. In further support of this Motion, the Court is respectfully referred to the Memorandum of Law filed contemporaneously herewith.

Defendants,
By their attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on December 11, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO :
:
VS. : C.A. NO. 06-153 S
:
HOME DEPOT U.S.A., INC., :
BLACK & DECKER, INC., DEWALT :
INDUSTRIAL TOOL CO., and XYZ CORP. :

DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO STRIKE PLAINTIFF'S EXHIBIT 1 (Doc. 58-2) TO HIS MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. 58)

In response to the defendants' Motion for Summary Judgment filed in this matter, the plaintiff filed an objection and memorandum on December 5, 2007. Exhibit 1 appended to the plaintiff's Memorandum is stated by the plaintiff to be "Engineering Report of S. Thomas" (doc. 58-2)[1] and the plaintiff references this report in both his Statement of Disputed Fact (doc. 59) and his Memorandum (doc. 58). This report is the same report that the plaintiff appended to his Memorandum in Support of his Appeal from Magistrate Judge Martin's denial of the plaintiff's Motion to Extend Pretrial and Trial Dates (doc. 46) for the specific purpose of allowing his expert disclosure and is also the same report which was the subject of the plaintiff's Motion to Permit Expert Testimony (doc. 50) which this Court denied by Text Order on November 27, 2007. It should be noted that the plaintiff's Motion to Permit Expert Testimony specifically sought permission to "present expert testimony in opposition to summary judgment and at trial". Thus, this Court's denial of the motion included the plaintiff's ability to use the expert

[1] There appears to be an error in either the filing of Exhibit 1 or in connection with the CM/ECF link to Exhibit 1. While the description of Exhibit 1 indicates it is Thomas's report and the plaintiff's Memorandum references this exhibit as such, the Exhibit 1 on the Court's website is another copy of the plaintiff's four page Memorandum and is not currently Thomas's report.

testimony of Mr. Thomas for purposes of the defendants' Motion for Summary Judgment.

At this point, the plaintiff has been told twice by this Court that he may not use the testimony of Mr. Thomas in this action and, specifically, in connection with the defendants' Motion for Summary Judgment. It is blatantly improper for him to now attempt to append the report as an exhibit to his Memorandum in opposition to the Motion for Summary Judgment and to argue the report and the expert testimony it embodies in his Memorandum and his Statement of Disputed Fact. Otherwise, this Court's previous two rulings on this issue are a nullity.

Wherefore, the defendants respectfully request that Exhibit 1 to the plaintiff's Memorandum in opposition to the defendants' Motion for Summary Judgment be stricken from the record and that the plaintiff be precluded from using the report or making reference to Mr. Thomas's expert testimony to support his opposition to the defendants' Motion for Summary Judgment.

Defendants,
By their attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on December 11, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson