UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO,<br>Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br>BLACK & DECKER, INC.,<br>DEWALT INDUSTRIAL TOOL CO.,<br>and XYZ CORP.<br>Defendants | : | C.A. No. 06-153 S |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF HIS MOTION TO EXTEND PRETRIAL AND TRIAL DATES, AND MOTION TO PERMIT EXPERT TESTIMONY**

Now comes the Plaintiff, Robert Esposito, in the above-noted matter and moves this Court for reconsideration of its decisions on Plaintiff's Motion to Extend Pretrial and Trial Dates (denied by Magistrate Judge Martin on August 17, 2007, affirmed by District Judge Smith on October 30, 2007), and Plaintiff's Motion to Permit Expert Testimony (denied by District Judge Smith on November 28, 2007).

As grounds therefore, Plaintiff submits and incorporates herein a Memorandum of Law.

Plaintiff
By his Attorney,

/s/ Paul S. Cantor

Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams

Richard Abrams (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908
401-351-5700
401-351-3493

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2007.

/s/ Paul S. Cantor