UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT ESPOSITO, :
Plaintiff, :
v. :
: CA 06-153 S
HOME DEPOT U.S.A., INC., :
BLACK & DECKER, INC., DEWALT :
INDUSTRIAL TOOL CO., and :
XYZ CORP., :
Defendants. :

**ORDER**
**GRANTING MOTION TO STRIKE**

Before the Court is Defendants' Motion to Strike Plaintiff's Exhibit 1 (Doc. 58-2) to His Memorandum in Support of His Objection to Defendants' Motion for Summary Judgment (Doc. 58) ("Motion to Strike" or "Motion") (Doc. #60). The Motion is granted because the Court has previously determined that Plaintiff may not use the report of Mr. Thomas (Exhibit 1 to Plaintiff's Memorandum in Support of His Objection to Defendants' Motion for Summary Judgment (Doc. #58)). See Order (Doc. #69); Docket (Text Order of 11/28/07); Opinion and Order (Doc. #56); see also Report and Recommendation of 7/3/08 at 14-16 (recounting prior rulings).

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 3, 2008