UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | ) | |
| | ) | |
| V. | ) | C.A. No. 06-153S |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| BLACK & DECKER, INC. | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| CO., and XYZ CORP. | ) | |

**PLAINTIFF'S APPEAL OF ORDER DATED JULY 3, 2008 GRANTING DEFENDANTS' MOTION TO STRIKE THE ENGINEERING REPORT OF S. THOMAS, EXHIBIT 1 TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, by his attorneys, and gives notice of appeal of the Order of United States Magistrate Judge David L. Martin, dated July 3, 2008, which Order granted the Motion to Strike the Engineering Report of S. Thomas, Exhibit 1 to Plaintiff's Memorandum in Support of his Objection to Defendants' Motion for Summary Judgment. As provided in L.R. Cv 72 (c) the bases for the appeal are that the Magistrate Judge's Order is against the law and the evidence as set forth more fully in a legal memorandum attached hereto. The Plaintiff has filed a motion to extend the time for filing the transcript for a period of thirty (30) days.

Respondent
Respectfully submitted
By his Attorneys

/s/ Paul S. Cantor

Paul S. Cantor, (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams
Richard Abrams, (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908

CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2008.

/s/ Paul S. Cantor