UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | ) | |
| | ) | |
| V. | ) | C.A. No. 06-153S |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| BLACK & DECKER, INC. | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| CO., and XYZ CORP. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE TRANSCRIPT**

Now comes the Plaintiff in the above-entitled matter and moves for an extension of time to file the transcript in support of an Appeal of Order dated July 3, 2008 granting Defendants' Motion to Strike the Engineering report of S. Thomas, Exhibit 1 to Plaintiff's Memorandum in Support of his objection to Defendants' Motion for Summary Judgment.

The Plaintiff ordered the transcript on July 18, 2008 and will file the same upon receipt.

Plaintiff
By his Attorneys

/s/ Paul S. Cantor
Paul S. Cantor, (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams
Richard Abrams, (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908

## CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2008.

/s/ Paul S. Cantor