UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | ) | |
| | ) | |
| V. | ) | C.A. No. 06-153S |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| BLACK & DECKER, INC. | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| CO., and XYZ CORP. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE TRANSCRIPT**

Now comes the Plaintiff in the above-entitled matter and moves for an extension of time to file the transcript in support of Plaintiff's Objection to Report and Recommendation of Magistrate Judge David L. Martin Dated July 3, 2008 Recommending that Defendants' Motion for Summary Judgment be Granted. The Plaintiff ordered the transcript on July 18, 2008 and will file the same upon receipt.

Plaintiff
By his Attorneys

/s/ Paul S. Cantor

Paul S. Cantor, (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams

Richard Abrams, (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908

CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2008.

/s/ Paul S. Cantor