UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | ) | |
| | ) | |
| V. | ) | C.A. No. 06-153S |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| BLACK & DECKER, INC. | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| CO., and XYZ CORP. | ) | |

**PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE DAVID L. MARTIN DATED JULY 3, 2008 RECOMMENDING THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BE GRANTED**

Now comes the Plaintiff, Robert S. Esposito, and objects to the Report and Recommendation of Magistrate Judge David L. Martin dated July 3, 2008 recommending that Defendants' Motion for Summary Judgment be granted.

As grounds therefore, Plaintiff states that the Report and Recommendation is against the law and the evidence. In further support of this objection, Plaintiff attaches a Memorandum of Law filed contemporaneously herewith. Plaintiff has filed a motion to extend the time for filing the transcript for a period of thirty (30) days.

Plaintiff
By his Attorneys

/s/ Paul S. Cantor

Paul S. Cantor, (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams
Richard Abrams, (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908

CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 18, 2008.

/s/ Paul S. Cantor