UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

DEFENDANTS' OBJECTION TO
THE PLAINTIFF'S APPEAL FROM MAGISTRATE JUDGE MARTIN'S
ORDER (Doc. 70) GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
EXHIBIT 1 (Doc. 58-2) TO HIS MEMORANDUM IN SUPPORT OF HIS OBJECTION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants hereby object to the plaintiff's appeal of Magistrate Judge Martin's Order (Doc. 70) granting defendants' Motion to strike the Engineering Report of S. Thomas, Exhibit 1 to the Plaintiff's Memorandum in Support of His Objection to the Defendants' Motion for Summary Judgment. As grounds therefore, the defendants assert that the Order was entirely proper in light of this Court's three previous rulings that prohibited the plaintiff from using the referenced expert testimony in this matter. In further support of this Motion, the Court is respectfully referred to the Memorandum of Law filed contemporaneously herewith.

Defendants,
By their attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on July 24, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT ESPOSITO | : | |
| | : | |
| VS. | : | C.A. NO. 06-153 S |
| | : | |
| HOME DEPOT U.S.A., INC., BLACK & DECKER, INC., DEWALT INDUSTRIAL TOOL CO., and XYZ CORP. | : | |

DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO THE PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE MARTIN'S ORDER (Doc. 70) GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXHIBIT 1 (Doc. 58-2) TO HIS MEMORANDUM IN SUPPORT OF HIS OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In response to the defendants' Motion for Summary Judgment filed in this matter, the plaintiff filed an objection and memorandum on December 5, 2007. Exhibit 1 appended to the plaintiff's Memorandum is stated by the plaintiff to be "Engineering Report of S. Thomas" (doc. 58-2)[1] and the plaintiff references this report in both his Statement of Disputed Fact (doc. 59) and his Memorandum (doc. 58). This report is the same report that the plaintiff appended to his Memorandum in Support of his Appeal from Magistrate Judge Martin's denial of the plaintiff's Motion to Extend Pretrial and Trial Dates (doc. 46) for the specific purpose of allowing his expert disclosure – which appeal was denied by this Court's Opinion and Order dated October 30, 2007 (doc. #56) and is also the same report which was the subject of the plaintiff's Motion to Permit Expert Testimony (doc. 50) which this Court denied by Text Order on November 27,

[1] There appears to be an error in either the filing of Exhibit 1 or in connection with the CM/ECF link to Exhibit 1. While the description of Exhibit 1 indicates it is Thomas's report and the plaintiff's Memorandum references this exhibit as such, the Exhibit 1 on the Court's website is another copy of the plaintiff's four page Memorandum and is not currently Thomas's report.

2007. It should be noted that the plaintiff's Motion to Permit Expert Testimony specifically sought permission to "present expert testimony in opposition to summary judgment and at trial". Thus, this Court's denial of the motion included the plaintiff's ability to use the expert testimony of Mr. Thomas for purposes of the defendants' Motion for Summary Judgment.

Subsequent to the filing of the defendants' Motion to Strike, the plaintiff filed a Motion for Reconsideration of the Court's rulings of October 30, 2007 and November 28, 2007 (doc. #65) in order to allow him to present and rely upon his expert report. This Motion was denied by the Court in a written order dated February 28, 2008 (doc. #69) in which the Court affirmed its prior two rulings and distinguished the case of Malot v. Dorado Beach Cottages Assoc., 478 F.3d 40 (1st Cir., 2007) upon which the plaintiff had solely relied in seeking the reconsideration.

At this point, the plaintiff has been told three times by this Court that he may not use the testimony of Mr. Thomas in this action and, specifically, in connection with the defendants' Motion for Summary Judgment. Magistrate Judge Martin's Order granting the defendant's Motion to Strike was clearly the only possible result given this Court's prior three rulings refusing to allow the plaintiff to use his expert report in this matter and, specifically in connection with the defendants' Motion for Summary Judgment.

Simply put, it was blatantly improper for the plaintiff to append the report as an exhibit to his Memorandum in opposition to the Motion for Summary Judgment and to argue the report and the expert testimony it embodies in his Memorandum and his Statement of Disputed Fact. This action purposefully violated this Court's previous two rulings on the issue and, essentially, rendered those rulings a nullity. This Court's

subsequent denial of the plaintiff's Motion for Reconsideration – a Motion that was not filed until well after the expert report was filed as an Exhibit to the plaintiff's Memorandum and the Motion to Strike was filed – again affirmed this Court's clearly enunciated stance on the matter. Magistrate Judge Martin's Order is fully in accord with these rulings. He did not err and his Order should be affirmed.

Wherefore, the defendants respectfully request that Magistrate Judge Martin's Order dated July 3, 2008 (doc #70) be affirmed and that the plaintiff's appeal from the entry of that Order be dismissed.

Defendants,
By their attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on July 23, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Richard I Abrams, Esq. rabrams@abrams-verri.com and Paul S. Cantor, Esq. psc@pcantorlaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson