UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Robert Esposito,
Plaintiff

v. C.A. No. 06-153S

Home Depot U.S.A., Inc.,
Black & Decker, Inc., Dewalt
Industrial Tool Co., and
XYZ Corp.,
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 3, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Motion for Summary Judgment is GRANTED, This action is hereby DISMISSED pursuant to 28 U.S.C. § 1915 (e) (2) (B).

By Order,

Wendy Gale
Deputy Clerk

ENTER:

WSmith
William E. Smith
United States District Judge

Date: 7/25/08