UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Robert Esposito,
Plaintiff

V.

Case Number: C.A. NO. 06-153S

Home Depot U.S.A., Inc. ,
Black & Decker, Inc. , and
Dewalt Industrial Tool Co.,
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Home Depot U.S.A., Inc., Black and Decker, Inc., Dewalt Industrial Tool Co., against the Plaintiff, Robert Esposito, pursuant to the Court's Order dated July 25, 2008 Adopting the Magistrate's Report and Recommendation dated July 3, 2008 granting Defendant's Motion for Summary Judgment.**

**July 29, 2008**
**Date**

Wendy Sill
**Deputy Clerk**