**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

C.A. No. 06-153 S

ROBERT ESPOSITO, :
Plaintiff :
:
v. :
:
HOME DEPOT U.S.A. INC., :
BLACK & DECKER, INC., :
DEWALT INDUSTRIAL TOOL CO., :
and XYZ CORP. :
Defendants :

**ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF**

**NOTICE IS HEREBY GIVEN,** that the undersigned hereby enters his appearance as co-counsel of record for ROBERT ESPOSITO, Plaintiff herein.

RESPECTFULLY SUBMITTED:

/s/ Thomas More Dickinson
Thomas More Dickinson (#2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel: 401-490-8083
Fax: 401-942-4918

Date: August 24, 2008

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Thomas More Dickinson
Thomas More Dickinson (#2520)
Date: August 24, 2008