**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

C.A. No. 06-153 S

| | |
|---|---|
| ROBERT ESPOSITO, | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| HOME DEPOT U.S.A. INC., | : |
| BLACK & DECKER, INC., | : |
| DEWALT INDUSTRIAL TOOL CO., | : |
| and XYZ CORP. | : |
| Defendants | : |

## NOTICE OF APPEAL TO THE COURT OF APPEALS

**NOTICE IS HEREBY GIVEN,** within the time provided by law, that ROBERT ESPOSITO, Plaintiff herein, appeals to the United States Court of Appeals for the First Circuit the JUDGMENT in this action, which judgment entered on July 29, 2008.

ATTORNEYS FOR PLAINTIFF:

/s/ Thomas More Dickinson
Thomas More Dickinson (#2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel: 401-490-8083
Fax: 401-942-4918

/s/ Paul S. Cantor
Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

/s/ Richard Abrams_________________
Richard Abrams (#0362)
Abrams & Verri
999 Chalkstone Avenue
Providence, RI 02908
401-351-5700
401-351-3493

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Thomas More Dickinson___________
Thomas More Dickinson (#2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel: 401-490-8083
Fax: 401-942-4918

Date: August 24, 2008